# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PLANET GROUP, INC.**, a Nebraska corporation;<br><br>Plaintiff,<br><br>vs.<br><br>**KIMBERLI GEIKEN**,<br><br>Defendant. | **8:17CV169**<br><br>**ORDER** |

This matter is before the Court on the Findings and Recommendation, ECF No. 16, of Chief United States Bankruptcy Judge Thomas L. Saladino. The Bankruptcy Judge recommends that the Court withdraw the bankruptcy reference because the Plaintiff/Trustee's claims involve non-core matters which require adjudication of common-law and state-law claims. No objections have been filed to the Findings and Recommendation under Federal Rule of Bankruptcy Procedure 9033(b).

The Court has conducted a detailed review of the record before both the District Court and the Bankruptcy Court. The Court finds that under 28 U.S.C. § 157(d) and Federal Rule of Bankruptcy Procedure 9033(d), and for good cause shown, that the Findings and Recommendation should be adopted.

IT IS ORDERED:

1. The Findings and Recommendation of Chief United States Bankruptcy Judge Thomas L. Saladino, ECF No. 16, are adopted;

2. The reference of bankruptcy is withdrawn; and

3.  Plaintiff's response to the pending Motion to Dismiss, ECF No. 5, must be filed on or before October 26, 2017.

Dated this 4th day of October, 2017.

                                          BY THE COURT:

                                          s/Laurie Smith Camp
                                          Chief United States District Judge